[Doc. No. 8]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| DENNIS PATTERSON, | |
| Plaintiff, | |
| v. | Civil No. 06-4334 (RMB) |
| CITY OF WILDWOOD; SGT. CHRISTOPHER HOWARD; PATROLMAN KENNETH PHILLIPS; PATROLMAN KEVIN FRANCHVILLE; PATROLMAN DANIEL ROSIELLO, | **ORDER** |
| Defendants. | |

THIS MATTER having come before the Court upon Defendants' motion for summary judgment; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants' motion for summary judgment is **GRANTED**; and

IT IS FURTHER **ORDERED** that the clerk shall close this case.


Dated:   June 3, 2008            s/Renée Marie Bumb
                                 RENÉE MARIE BUMB
                                 UNITED STATES DISTRICT JUDGE